UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0154--CV (JWS)
"USA V KEVIN TERRELL STAPLES"

Including terminated parties, excluding terminated counsel

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 07/23/04
Closed: NO

Jurisdiction: (2) U.S. Defendant
PLF Diversity:
DEF Diversity:

Nature of Suit: (510) Vacate sentence (2255)

Origin: (1) Original Proceeding
Demand:
Filing fee: Waived
Trial by:

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | No counsel found for this party! |
| DEF 1.1 | STAPLES, KEVIN TERRELL | Kevin Terrell Staples<br>Pro Per: 30173-018<br>USP - Atwater<br>#1 Federal Way<br>Atwater, CA 95301 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0154--CV (JWS)
"USA V KEVIN TERRELL STAPLES"

For all filing dates

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 07/23/04
Closed: NO

Jurisdiction: (2) U.S. Defendant
PLF Diversity:
DEF Diversity:

Nature of Suit: (510) Vacate sentence (2255)

Origin: (1) Original Proceeding
Demand:
Filing fee: Waived
Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 07/23/04 | Notation: ALL FUTURE FILINGS TO BE IN CRIMINAL CASE A02-0086 CR (JWS). |