```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A04-0154--CV (JWS)
                          "USA V KEVIN TERRELL STAPLES"

              Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/23/04
            Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (510) Vacate sentence (2255)

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Waived
           Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | No counsel found for this party! |
| DEF 1.1 | STAPLES, KEVIN TERRELL | Kevin Terrell Staples<br>Pro Per: 30173-018<br>USP - Atwater<br>#1 Federal Way<br>Atwater, CA 95301 |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A04-0154--CV (JWS)
                            "USA V KEVIN TERRELL STAPLES"

                                   For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/23/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (510) Vacate sentence (2255)

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:


Document #   Filed      Docket text

NOTE -   1   07/23/04   Notation: ALL FUTURE FILINGS TO BE IN CRIMINAL CASE A02-0086 CR (JWS).
```