# CERTIFICATE OF SERVICE

I, Kevin Staples, hereby certify that I have served a true and correct copy of the following:

Motion For COA § 2253

Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101 L.Ed.2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

Karen L. Loeffler
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 W. 7th Ave #9, Room 253
Anchorage, Alaska 99513-7567

Clerk Of The Court
U.S. District Court
222 W. 7th Ave #4
Anchorage Alaska
99513-7564

and deposited same in the United States Mail at
U.S.P. Atwater, P.O. Box 019001

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 30 day of May, 2006.

Kevin Staples
Pro Se