**FILED**

UNITED STATES COURT OF APPEALS

**JAN 25 2007**

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>KEVIN TERRELL STAPLES,<br><br>Defendant - Appellant. | No. 06-35533<br><br>D.C. No. CV-04-00154-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

JAN 2 9 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: GOULD and PAEZ, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All outstanding motions are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 25 2007

by: _____
Deputy Clerk

RESEARCH